UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| EUGENE K. JONES-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-CV-65-JMB |
| | ) |
| CHANTAY GODERT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Eugene Jones-El's ("Plaintiff") Motion to Amend the Court's Case Management Order ("CMO") (ECF No. 56).

In the Supplemental, or in the Alternative Second Amended 1983 Civil Complaint filed on December 19, 2018, Plaintiff alleges, in part, that Defendants failed to provide him with basic hygiene items and mailing and legal supplies. (ECF No. 23)

On February 12, 2019, after reviewing Plaintiff's motion for summary judgment, the Court determined that the motion must be denied without prejudice at that time subject to refiling. Further, under the current posture of the instant action, the Court found that extending the discovery and dispositive motion deadlines to be appropriate and in the interest of justice. The Court modified the CMO's deadlines for completion of discovery to August 5, 2019, and the filing of dispositive motions to September 27, 2019.

In the instant motion, Plaintiff requests the Court to amend the CMO's dispositive motion deadline, noting that "Plaintiff and Defendants [have] already filed their dispositive motions and the motions are ripe for consideration and/or determination." (ECF No. 46). Although Plaintiff is correct that Defendants have a pending motion for summary judgment

1

(ECF No. 45), the Court reminds Plaintiff that the Court denied his motion for summary judgment subject without prejudice on February 12, 2019.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff must file a request to reinstate his motion for summary judgment that was denied without prejudice no later than June 20, 2019. If Plaintiff timely requests for his motion for summary judgment to be reinstated, the Court will reinstate his earlier filed motion so that Plaintiff does not have to go to the expense of re-filing his motion for summary judgment. The exhibits filed by Plaintiff in support of his motion for summary judgment have been maintained in the Clerk's Office file room.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend the Court's Case Management Order (ECF No. 56) is GRANTED in part and DENIED in part. The Court will modify the CMO's deadline for the filing of dispositive motions to June 20, 2019.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Exceed the Fifteen Page Limitation (ECF No. 28) will be reinstated and granted if Plaintiff timely files a request to reinstate his summary judgment motion.

/s/ ***John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this day 29th of May, 2019.