UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

EUGENE K. JONES-EL,              )
                                      )
        Plaintiff,           )
                                        )
        v.                )        No. 2:18-CV-65-JMB
                                        )
CHANTAY GODERT, et al.,        )
                                        )
        Defendants.      )

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Eugene Jones-El's ("Plaintiff") "Order to Show Cause and Temporary Restraining Order" ("Show Cause Order") (ECF No. 65). Defendants have not filed a response. The parties have consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

In the Supplemental, or in the Alternative Second Amended 1983 Civil Complaint ("Second Amended Complaint") filed on December 19, 2018, Plaintiff alleges, in part, that Defendants failed to provide him with basic hygiene items and mailing and legal supplies. (ECF No. 23)

In his Show Cause Order, Plaintiff seeks affirmative rulings from the Court regarding the relief requested in his Second Amended Complaint and his motion for summary judgment and requests that Defendants be enjoined from allegedly refusing to provide Plaintiff with basic hygiene items and mailing and legal supplies.

Having reviewed the Second Amended Complaint and the Show Cause Order, the relief requested in the Show Cause Order will be denied without prejudice at this time. Again, these issues remain to be determined when the Court rules on the parties' cross motions for summary

1

judgment.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Order to Show Cause and Temporary

Restraining Order" (ECF No. 65) is Denied without Prejudice.

/s/ ***John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this day 5th of September, 2019.