UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| EUGENE K. JONES-EL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-CV-65-JMB ) |
| CHANTAY GODERT, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff previously requested the appointment of counsel in this matter. On December 11, 2019, the Court appointed counsel to represent Plaintiff for discovery on damages and for any trial on the issue of damages and prospective relief. (ECF No. 77) On January 9, 2020, Plaintiff filed a motion for reconsideration (ECF No. 81), and on January 22, 2020, Plaintiff filed a memorandum in support (ECF No. 82). Plaintiff is advised that the Court will not accept or rule future *pro se* filings by Plaintiff. See, e.g., United States v. Halverson, 973 F.2d 1415, 1417 (8th Cir. 1992) (noting that the Eighth Circuit's policy is not to accept *pro se* filings when the appellant is represented by counsel). Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall not accept for filing any *pro se* briefs, pleadings, or other papers.

The Clerk is directed to mail a copy of this Memorandum and Order to Plaintiff, Eugene Jones-El, #180162, Northeast Correctional Center, 13698 Airport Road, Bowling Green, MO 63334.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of January, 2020.